UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
GRAND RIVER ENTERPRISES SIX NATIONS, LTD., JASH INTERNATIONAL, INC., INTERNATIONAL TOBACCO PARTNERS, LTD., NATIONWIDE TOBACCO, INC., SUN TOBACCO, INC. and 3B HOLDINGS, INC.,

         Plaintiffs,

 -against-

WILLIAM PRYOR, BRUCE M. BOTELHO, JANET NAPOLITANO, BILL LOCKYER, KEN SALAZAR, M. JANE BRADY, THURBERT E. BAKER, ALAN G. LANCE, JIM RYAN, STEVE CARTER, THOMAS MILLER, CARLA J. STOVALL, ALBERT BENJAMIN CHANDLER III, RICHARD P. IEYOUB, G. STEVEN ROWE, J. JOSEPH CURRAN JR., THOMAS F. REILLY, JENNIFER GRANHOLM, JEREMIAH W. NIXON, MICHAEL McGRATH, DON STENBERG, ELIOT SPITZER, ROY COOPER, BETTY D. MONTGOMERY, HARDY MYERS, CHARLES CONDON, MARK BARNETT, PAUL G. SUMMERS, CHRISTINE O. GREGOIRE, JAMES E. DOYLE, HOKE MACMILLAN, each and their successors in the official capacity of Attorneys General of the States of Alabama, Alaska, Arizona, California, Colorado, Delaware, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Missouri, Montana, Nebraska, New York, North Carolina, Ohio, Oregon, South Carolina, South Dakota, Tennessee, Washington, Wisconsin, and Wyoming, respectively,

         Defendants.
-------------------------------------------------------------------------------x

02 CIV. 5068 (JFK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that JASPAN SCHLESINGER HOFFMAN LLP hereby appears as additional counsel in the above-captioned case on behalf of defendant HARDY MYERS, Attorney General of the State of Oregon, and that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address, telephone number and e-mail address:

        Stanley A. Camhi, Esq.
        Jaspan Schlesinger Hoffman LLP
        300 Garden City Plaza
        Garden City, New York 11530
        Telephone : (516) 746-8000
        scamhi@jshllp.com

Dated: Garden City, New York
       June 7, 2007

                           JASPAN SCHLESINGER HOFFMAN LLP

                         By:  s/Stanley A. Camhi
                              STANLEY A. CAMHI (SC 4429)
                              300 Garden City Plaza
                              Garden City, New York 11530
                              (516) 746-8000

TO:  **Leonard Violi**
      Windels Marx Lane & Mittendorf, L.L.P.
      156 West 56th Street
      New York, NY 10019
      (212) 237-1000

      **David M. Hankins**
      Attorney General's Office - Revenue Division
      905 Plum Street SE, Bldg. 3
      P.O. Box 40123
      Olympia, WA 98504-0123
      (360) 753-5528

      **Debra E. Casparian**
      Attorney General's Office - Revenue Division
      905 Plaum Street SE
      P.O. Box 40123
      Olympia, WA 98504-0123
      (360) 753-5528

      **Kelly M. Peloquin**
      Assistant Attorney General
      1275 W. Washington
      Phoenix, AR 85007
      (602) 542-7745

**Lewis Aaron Polishook**
New York State Office of the Attorney General (24th Floor)
120 Broadway
24 Floor
New York, NY 10271
(212) 416-8372

**Bobbi J. Rank**
South Dakota Office of Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

**Brian D. Devlin**
Assistant Attorney General
Office of the Attorney General, State of Michigan
525 W. Ottawa St.
PO Box 30212
Lansing, MI 48909
(517) 373-1123

**Christopher J. Blythe**
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857
(608) 266-5810

**David Stephen Lapp**
Office of The Maryland Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
(410)-576-7056
Fax: (410)-576-6955

**David A. Spencer**
South Carolina Office of the Attorney General
PO Box 11549
Columbia, SC 29211-1549
(803) 734-3689

**Douglas J. Moench**
Wyoming Office of Attorney General
123 Capitol Avenue
Cheyenne, WY 82002
(307) 777-3795

**Frederick J. Coffman**
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
(402)-471-1803

**Gol S. Hannaman**
Louisiana Attorney General's Office
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6423

**James M. Herrick**
Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601
(502) 696-5663

**John H. Sinclair, Jr.**
Tennessee Office of Attorney General
425 Fifth Avenue North
Second Floor
Nashville, TN 37243
(615) 253-5828

**Karen Leaf**
California Attorney General's Office
PO Box 944255
Sacramento, CA 94244-2550
(916) 323-3804

**Kristie Langley**
Wyoming Office of the Attorney General
123 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7173

**Lawrence Joseph Carcare, II**
Office of Indiana Attorney Genera
302 W. Washington Street, Igcs 5th Floor
Indianapolis, IN 46204
(317)-232-6239

**Lynette R. Bakker**
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 368-8451

**Lynn Palmgren**
Office of the Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
(217) 785-8541

**Marilyn A. Kueper**
Illinois Office of Attorney General (Springfield, IL )
500 South Second Street
Springfield, IL 62706
(217)-785-8541

**Matthew Q. Berge**
Massachusetts Office of the Attorney General
One Ashburton Place
Room1813
Boston, MA 02108
(617) 727-2200

**Michael Leitch**
Kansas Office of the Attorney General
120 S.W. 10th Avenue
2nd Floor
Topeka, KS 66612-1597
(785) 368-8435

**Patricia J. Archer**
Assistant Attorney General
South Dakota Attorney General's Office
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501

**Peter B. LaFond**
Office of The Attorney General of Maine
6 State House Station
Augusta, ME 04333
(207)-626-8511

**Russell T. Perkins**
Tennessee Office of Attorney General
425 Fifth Avenue North
Second Floor
Nashville, TN 37243
(615) 741-1375

**Sidney R. Barrett**
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
(404) 656-4190

**Susan Carol Walker**
Ohio Attorney General
30 East Broad Street, 16th Floor
Columbus, OH 43215
(614)-387-5600

**Thomas E. Brown**
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 577-8400

**Ann Thompson Uglietta**
Arizona Attorney General's Office
1275 West Washington St.
Phoenix, AZ 85007
(602) 542-8830

**Brook Graham Rosenbaum**
Arizona Attorney General's Office
1275 West Washington St.
Phoenix, AZ 85007
(602)-542-7719

**Andrew P. McCallin**
New York State Department of Law
Avi Schick, Deputy Counsel
120 Broadway
25th Floor
New York, NY 10271
(212) 416-8175

**Andrew P. McCallin**
Office of the Attorney General
1525 Sherman Street
5th Floor
Denver, CO 80203
(303) 866-5079

**Brett Talmage DeLange**
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720
(208)-334-4114

**Don Sampen**
New York State Department of Law
Avi Schick, Deputy Counsel
120 Broadway
25th Floor
New York, NY 10271
(212) 416-8175

**Kristie Remster Orme**
Iowa Department of Justice
Office of Attorney General Tom Miller
Hoover State Office Building
1305 E. Walnut, 2nd Floor
Des Moines, IA 50319
(515) 281-8480

**Brenda J. Clary**
Office of the Attorney General
120 S.W. 10th Avenue
2nd Floor
Topeka, KS 66612
(785) 296-2215

**Maureen Dove**
New York State Department of Law
Avi Schick, Deputy Counsel
120 Broadway
25th Floor
New York, NY 10271
(212) 416-8175

**Barbara DeSouza**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200

**Betsy S. Whittey**
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200

**Melissa L. Trippe**
Special Deputy Attorney General
North Carolina Department of Justice
Special Litigation Section
Post Office Box 13739
114 W. Edenton Street, 3rd Floor
Raleigh, NC 27602
(919) 716-6900

**Richard L. Harrison**
North Carolina Dept. of Justice
Spec. Litigation Section
114 W. Edenton Street
3rd Flr.
P.O.B. 629
Raleigh, NC 27602
(919) 716-6095

**Avi David Schick**
Deputy Counsel
Office of the N.Y. Atty General
125 Broadway
25th Floor
New York, NY 10271
(212) 416-8175

**Lianopoulos**
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301
(503) 378-4732

**David A. Spencer**
South Carolina Office of the Attorney General
Remebert C. Dennis Building
PO Box 11549
Columbia, SC 29211-1549
(803) 734-3689

**David M. Hankins**
Office of the Attorney General
P.O. Box 40123
Olympia, WA 98504
(360) 753-5528

**Mary Woolsey Schlaefer**
Office of the Attorney General
17 West Main Street
Madison, WI 53702
(608) 266-3860

**Robin Cooley**
Office of the Wyoming Attorney General
123 Capitol Building
Cheyenne, Wy 82002
(307) 777-6397

SLM/551500v1/99999