UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WESLEY GABRIEL and SHAWN SMITH, :
individually and on behalf of all others similarly
situated, :
                      Plaintiffs,
      -against-                                    :        08 Civ. 2460 (SHS)

BRIAN FISCHER, in his capacity as Commissioner of the :
New York State Department of Correctional Services
(DOCS), and in his individual capacity; ANTHONY J. :
ANNUCCI, in his capacity as Deputy Commissioner and
Counsel for DOCS, and in his individual capacity; :
LUCIEN J. LECLAIRE, JR., former Acting Commissioner
of DOCS in his individual capacity; and JOHN/JANE :
DOES 1-50 (DOCS Supervisory, Training, and Policy
Personnel), :
                      Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Michael J. Keane, of the Office of the Attorney General of the State of New York, hereby appears as counsel in the above captioned action on behalf of defendants Brian Fischer, Anthony J. Annucci, Lucien LeClaire, and Glenn S. Goord, for the sole purpose of complying with the Court's scheduling order. None of the defendants have been served to date.

Dated: New York, New York
       April 11, 2008

                                                Respectfully submitted,

                                                ANDREW CUOMO
                                                Attorney General of the
                                                 State of New York
                                                Attorney for Defendants


                              By:     s/ Michael J. Keane
                                        Michael Keane
                                        Assistant Attorney General
                                        120 Broadway - 24th Floor
                                        New York, New York 10271
                                        (212) 416-8550