```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESLEY GABRIEL and SHAWN SMITH,          :       08 Civ. 2460 (SHS)

                 Plaintiffs,          :

   -against-                                :       ORDER

COMMISSIONER BRIAN FISCHER, *ET AL.*,     :

                 Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that plaintiffs' motion for a preliminary injunction in this action scheduled for argument on April 18, 2008, at 9:30 a.m. is rescheduled to May 9, 2008, at 2:00 p.m., the same time as plaintiff's motion for a preliminary injunction in <u>Smith, *et al.* v. Paterson, *et al.*</u>, 08 Civ. 3313 (SHS) will be argued.

Dated: New York, New York
       April 17, 2008

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.