UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CAMILLE SMITH, JERRY PROVINCE, SAMUEL
RAMOS, AND JOSE MORALES, suing on behalf   :
of themselves and all others similarly situated,

                                             Plaintiffs,
          -against-                                                         :          08 Civ. 3313 (SHS)

DAVID PATERSON, BRIAN FISCHER, GLENN         :
GOORD, RICHARD DESIMONE, and JOHN DOES
Nos. 1-150 (members of the New York State Department  :
of Correctional Services whose names are presently
unknown to plaintiff,                                                         :

                                             Defendants.                   :
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Andrew Meier, of the Office of the Attorney General of the State of New York, hereby appears as counsel in the above captioned action on behalf of defendants David Paterson, Brian Fischer, Glenn Goord, and Richard DeSimone, for the sole purpose of complying with the Court's scheduling order.

Dated: New York, New York
       April 21, 2008

                                             Respectfully submitted,

                                             ANDREW CUOMO
                                             Attorney General of the
                                              State of New York
                                             Attorney for Defendants

                             By:     s/ Andrew Meier
                                   Andrew Meier
                                   Assistant Attorney General
                                   120 Broadway - 24th Floor
                                   New York, New York 10271
                                   (212) 416-8305