C2S – SUITABLE AGE WITH MAILING
1ECB961115 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

WESLEY GABRIEL ET ANO,

    PLAINTIFF

– vs. –

BRIAN FISCHER ET AL,

    DEFENDANT

Index No: **08 CV 2460**
Date Filed: **03/11/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **04/17/2008** at **10:40AM** at **STATE CAMPUS BLDG #2 % N.Y.S. Department of Correctional Services, ALBANY, NY**, I served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **ANTHONY J ANNUCCI** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with **LEN MACINI, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**     COLOR: **WHITE**     HAIR: **BLACK**
APP. AGE: **60**     APP. HT: **5'9**     APP. WT: **175**
OTHER IDENTIFYING FEATURES:

On **04/30/2008** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **DEFENDANT** at **STATE CAMPUS BLDG #2 % N.Y.S. Department of Correctional Services, ALBANY, NY**. That address being **actual place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on **04/30/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML