```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WESLEY GABRIEL, ET ANO,                 :      08 Civ. 2460 (SHS)

                Plaintiffs,             :

        -against-                       :      ORDER

COMMISSIONER BRIAN FISCHER, ET AL.,     :

                Defendants.             :
------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Plaintiffs' supplemental memorandum in support of their motion for preliminary injunction is due on or before June 23, 2008;

2. Defendants' supplemental papers are due on or before July 7, 2008; and

3. Plaintiffs' reply is due on or before July 14, 2008.

Dated: New York, New York
       June 9, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.