UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WESLEY GABRIEL and SHAWN SMITH, individually         08 Civ. 2460 (SHS)
and on behalf of all others similarly situated,

                         Plaintiffs,

                                                      **NOTICE OF**
   – against –                                            **APPEARANCE**

BRIAN FISCHER, in his capacity as Commissioner
of the New York State Department of Correctional
Services (DOCS), and in his individual capacity;
ANTHONY J. ANNUCCI, in his capacity as Deputy
Commissioner and Counsel for DOCS, and in his
individual capacity; LUCIEN J. LECLAIRE, JR., former
Acting Commissioner of DOCS, in his individual capacity;
GLENN S. GOORD, former Commissioner of DOCS,
in his individual capacity; and JOHN/JANE DOES 1-50
(DOCS Supervisory, Training, and Policy Personnel),

                        Defendants.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Aaron J. Mysliwiec, of the Law Offices of Joshua L. Dratel, P.C. hereby appears as counsel in the above captioned action on behalf of Plaintiffs Wesley Gabriel and Shawn Smith, individually and on behalf of all others similarly situated.

Dated: June 18, 2008
      New York, New York         Respectfully submitted,

                                        By:    /s/ Aaron Mysliwiec
                                                  Aaron Mysliwiec (AM 6258)
                                                  The Law Offices of Joshua L. Dratel, P.C.
                                                  2 Wall Street, 3rd Floor
                                                  New York, NY 10005
                                                  (212) 732-0707
                                                  amysliwiec@joshuadratel.com