UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAWRENCE HARDY, RAMONE CROSS, and
SHAWN SMITH, individually and on behalf of all others    08 Civ. 2460 (SHS)
similarly situated,

                               Plaintiffs,

   – against –                                     **NOTICE OF MOTION**

BRIAN FISCHER, in his capacity as Commissioner
of the New York State Department of Correctional
Services (DOCS), and in his individual capacity;
ANTHONY J. ANNUCCI, in his capacity as Deputy
Commissioner and Counsel for DOCS, and in his
individual capacity; LUCIEN J. LECLAIRE, JR., former
Acting Commissioner of DOCS, in his individual capacity;
GLENN S. GOORD, former Commissioner of DOCS,
in his individual capacity; and JOHN/JANE DOES 1-50
(DOCS Supervisory, Training, and Policy Personnel),

                               Defendants.
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that upon the Declaration of Matthew D. Brinckerhoff dated June 25, 2008, the Declaration of Lawrence Hardy, dated June 4, 2008, the Declaration of Ramone Cross, dated June 23, 2008, plaintiffs' memorandum of law in support of this motion, the Amended Complaint, and upon all prior pleadings and proceedings, plaintiffs will, pursuant to Rule 23 of the Federal Rules of Civil Procedure, move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York before the Honorable Sidney H. Stein, United States District Judge, for an Order granting plaintiffs' motion to certify a class of "all persons sentenced to a determinate term of incarceration in the State of New York, whose judicially imposed sentence(s) did not include a

term of post-release supervision ("PRS"), but whom nevertheless have been, or will be, subjected to PRS after the maximum expiration date of their determinate sentence(s)" and naming plaintiffs Hardy and Cross as representatives of the class.

Dated: June 26, 2008
      New York, New York

                      Respectfully submitted,

                      EMERY CELLI BRINCKERHOFF
                      &amp; ABADY LLP

By: _____/s/_____
     Matthew D. Brinckerhoff (MB 3552)
     Elora Mukherjee (EM 0921)

75 Rockefeller Plaza, 20th Floor
New York, New York 10019

LAW OFFICES OF JOSHUA L. DRATEL, P.C.

By:_____/s/_____
     Aaron Mysliwiec (AM 6258)

2 Wall Street, 3rd Floor
New York, New York 10005

*Attorneys for Plaintiffs*