UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAWRENCE HARDY, RAMONE CROSS, and
SHAWN SMITH, individually and on behalf of all others
similarly situated,

                           Plaintiffs,           08 Civ. 2460 (SHS)

  – against –

BRIAN FISCHER, in his capacity as Commissioner        **RELATED CASE**
of the New York State Department of Correctional        **STATEMENT**
Services (DOCS), and in his individual capacity;
ANTHONY J. ANNUCCI, in his capacity as Deputy
Commissioner and Counsel for DOCS, and in his
individual capacity; LUCIEN J. LECLAIRE, JR., former
Acting Commissioner of DOCS, in his individual capacity;
GLENN S. GOORD, former Commissioner of DOCS,
in his individual capacity; and JOHN/JANE DOES 1-50
(DOCS Supervisory, Training, and Policy Personnel),

                           Defendants.
------------------------------------------------------------------------x

       Plaintiffs Lawrence Hardy, Ramone Cross, and Shawn Smith, by and through their attorneys, Emery Celli Brinckerhoff & Abady LLP, submit this Related Case Statement pursuant to Rule 1.6(a) of the Local Rules of this Court. This case may be related to *Scott v. Fischer*, No. 07 Civ. 11303, which is currently pending before the Hon. Naomi Reice Buchwald. On December 17, 2007, Ms. Choice Scott filed a Complaint in *Scott v. Fischer*, No. 07 Civ. 11303. In that Complaint, Ms. Scott, like the plaintiffs in this case, alleges pursuant to 42 U.S.C. § 1983 that Brian Fischer, the Commissioner of the New York State Department of Correctional Services (DOCS), Glenn Goord, the former Commissioner of DOCS, and others violated her due process rights by administratively imposing post-release supervision (PRS) and incarcerating her

1

for alleged violations of PRS, when PRS was never part of a valid judicially imposed sentence. *See Earley v. Murray*, 451 F.3d 71 (2d Cir. 2006) (holding that administrative imposition of PRS violated clearly established Supreme Court precedent) (citing *Hill v. United States ex rel. Wampler*, 298 U.S. 460 (1936) (Cardozo, J.)).

Dated: July 15, 2008
New York, New York

                    EMERY CELLI BRINCKERHOFF &
                    ABADY LLP

                    By:_____/s/_____
                        Matthew D. Brinckerhoff (MB 3552)
                        Elora Mukherjee (EM 0921)
                        75 Rockefeller Plaza
                        New York, New York 10019
                        (212) 763-5000

                    LAW OFFICES OF JOSHUA L. DRATEL, P.C.

                    By: Aaron Mysliwiec (AM-6258)
                    2 Wall Street, 3rd Floor
                    New York, NY 10005
                    (212) 792-5132

                    *Attorneys for Plaintiffs*