

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

August 14, 2008

*By Facsimile No. 212-805-7924*
The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street, Room 1010
New York, NY 10007

MEMO ENDORSED

Re:    *Hardy, et al. v. Fischer, et al.*, 08 Civ. 2460 (SHS)

Dear Judge Stein:

This firm, along with co-counsel, represents plaintiffs in the above-referenced cases. We write, with defendants' consent, to request a modification of the presumptive briefing schedule (under Local Civil Rule 6.1) for defendants' motion for reconsideration of the Court's August 5 Order staying enforcement of the arrest warrant for plaintiff Ramone Cross.

We received defendants' letter motion for reconsideration on August 12. The parties agree on the following briefing schedule: plaintiffs' opposition to the motion for reconsideration will be filed by no later than September 15, 2008; defendants' reply papers will be filed by no later than September 22, 2008. Thank you for your consideration of this request.

Respectfully submitted,

Matthew D. Brinckerhoff (3552)

c.    Michael Keane, Esq., (by fax (212.416.8550))

SO ORDERED 8/14/08

SIDNEY H. STEIN
U.S.D.J.